# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
                                )
v.                              )
                                )      CR417-050
VICTOR NATSON,              )
                                )
     Defendant.           )

## ORDER

Victor Natson moves for a hearing "to determine the admissibility and voluntariness of *any* statements made by Defendant to the authorities." Doc. 77 at 1 (emphasis added) (citing *Jackson v. Denno*, 378 U.S. 368 (1964)). He indicates that he made "statements [ ] during his arrest while he was handcuffed and being taken into custody" and seeks the hearing "to the extent" that he "made certain statements and admissions that may be self-incriminating." *Id.* The Court cannot, however, discern from these hazy descriptions the content or context of the statements made. *See id.* at 2 ("*If* Mr. Natson provided statements to authorities, he is entitled to a *Jackson-Denno* hearing regarding *any* such statements." (emphases added)).

By no later than 12:00 p.m. on August 28, 2017, defendant shall

submit to the Court further briefing describing what statements, if any, he made to law enforcement that warrant a *Jackson-Denno* hearing.

**SO ORDERED,** this  24th  day of August, 2017.

J. R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA