UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | CR417-050 |
| VICTOR NATSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Victor Natson's motion to withdraw his request for a *Jackson v. Denno*, 378 U.S. 368 (1964), hearing (doc. 104)) is **GRANTED**. The hearing set for September 20, 2017 is **CANCELLED** and defendant's motion for a *Jackson v. Denno* hearing (doc. 77) is **DENIED** as moot.

**SO ORDERED,** this  14th  day of September, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA