UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CR 417-050 |
| VICTOR NATSON | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Sever Defendants (doc. 119) and the Government's response in opposition (doc. 120). After careful consideration, Defendant's Motion is **DENIED**.

**SO ORDERED**, this 31 day of October, 2017.

LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA