UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VICTOR NATSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CV422-284 |
| ) | CR417-050-3 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. CR417-050, doc. 347; CV422-284, doc. 11. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Natson's 28 U.S.C. § 2255 Motion is **GRANTED**. CR417-050, doc. 336; CV422-284, doc. 1. The Clerk is **DIRECTED** to close civil case CV422-284.

It is further **ORDERED** that the United States Probation Office shall revise and update the Presentence Investigation Report as to Defendant and shall disclose the revised report to the parties for review and response in accordance with normal procedures and

schedules. Upon receipt of a final revised Presentence Investigation Report, the Court will schedule a resentencing hearing.

**SO ORDERED** this __16__ day of March, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA