# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA,

v.

VICTOR NATSON,

    Defendant.

NO: 4:17-CR-50-3

### ORDER

Before the Court is Defendant Victor Natson's motion for leave to amend his pending motion for a sentence reduction. Dkt. No. 441. The motion is **GRANTED**. Defendant's motion for a sentence reduction, dkt. no. 432, will be considered together with the supplemental information provided by Defendant, dkt. no. 441.

**SO ORDERED**, this 14 day of January, 2025

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA